**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1315**
_____

ERICA D. TAYLOR,

Plaintiff - Appellant,

v.

NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY,

Defendant - Appellee.

_____

**No. 12-1383**
_____

ERICA D. TAYLOR,

Plaintiff - Appellant,

v.

DR. M. ROENNENBURG, Mercy Hospital (GYN),

Defendant - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge. (1:12-cv-00457-RDB; 1:12-cv-00469-RDB)

_____

Submitted:  June 21, 2012          Decided:  June 25, 2012

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Erica D. Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erica D. Taylor appeals the district court's order dismissing as frivolous her civil suits. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Nat'l Geospatial Intelligence Agency, No. 1:12-cv-00457-RDB (D. Md., Feb. 21, 2012); Taylor v. Roennenburg, No. 1:12-cv-00469-RDB (D. Md. Feb. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED